**Dismissed and Opinion Filed February 2, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00866-CV

### JON BERNHARD AND ARBORCULTURE SERVICES, INC., Appellants
### V.
### MARK LASSITER, Appellee

**On Appeal from the 401st Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 401-04450-2013**

## MEMORANDUM OPINION

Before Justices Francis, Lang-Miers, and Whitehill
Opinion by Justice Francis

The filing fee, docketing statement, and clerk's record in this case are past due. By postcard dated July 2, 2014 we notified appellants the $195 filing fee was due. We directed appellants to remit the filing fee within ten days and expressly cautioned appellants that failure to do so would result in dismissal of the appeal. Also by postcard dated July 2, 2014, we notified appellants the docketing statement had not been filed in this case. We directed appellants to file the docketing statement within ten days. We cautioned appellants that failure to do so might result in dismissal of this appeal. By letter dated September 29, 2014, we informed appellants the clerk's record had not been filed because appellants had not paid for the clerk's record. We directed appellants to provide verification of payment or arrangements to pay for the clerk's record. We cautioned appellants that failure to do so would result in the dismissal of this appeal

without further notice. To date, appellants have not paid the filing fee, filed the docketing statement, provided the required documentation, or otherwise corresponded with the Court regarding the status of this appeal.

Accordingly, we dismiss this appeal. *See* TEX. R. APP. P. 37.3(b); 42.3(b), (c).

140866F.P05

/Molly Francis/
MOLLY FRANCIS
JUSTICE



## Court of Appeals
## Fifth District of Texas at Dallas

# JUDGMENT

JON BERNHARD AND
ARBORCULTURE SERVICES, INC.,
Appellants

No. 05-14-00866-CV      V.

MARK LASSITER, Appellee

On Appeal from the 401st Judicial District
Court, Collin County, Texas
Trial Court Cause No. 401-04450-2013.
Opinion delivered by Justice Francis.
Justices Lang-Miers and Whitehill
participating.

In accordance with this Court's opinion of this date, this appeal is **DISMISSED**.

It is **ORDERED** that appellee MARK LASSITER recover his costs of this appeal from appellants JON BERNHARD AND ARBORCULTURE SERVICES, INC.

Judgment entered February 2, 2015.